19893—J. A. Shriver et v. B. P. Stone et al. Motion for Adams Appeals to certify. Overruled. Dock. 6-12-26; 4 Abs. 393; OS. Pend. 4 Abs. 539.

19894—Peoples Ry. Co. v. Sue Spindler. Motion for Montgomery Appeals to certify. Overruled. Dock. 6-14-26; 4 Abs. 393; OS. Pend. 4 Abs. 539.

19897—Charles J. Pilliod v. Daniel C. Searls. Motion by plaintiff to dispense with printing record, and if motion is not allowed, for extension of 30 days after decision of motion to print record. Overruled as to dispensing with printing, and allowed as to extension of time. Dock. 6-16-26; 4 Abs. 404.

19901—Curt B. Mueller v. Edge Gas Co. et al. Motion for Cuyahoga Appeals to certify. Dismissed by plaintiff in error. Dock. 6-17-26; 4 Abs. 404; OS. Pend. 4 Abs. 555.

19909—New Amsterdam Cas. Co. v. Board of Education of Cambridge et. Motion for Guernsey Appeals to certify. Overruled. Dock. 6-19-26; 4 Abs. 404; OS. Pend. 4 Abs. 570.

19974—William G. Benham v. Mary Miller et. Motion for Franklin Appeals to certify. Overruled. Dock. 7-14-26; 4 Abs. 493. OS. Pend. 4 Abs. 664.

20104—S. W. Stophlet et v. Elizabeth Stophlet, Extrx. Motion for Wayne Appeals to certify. Dismissed on application of plaintiffs in error and at their costs. Dock. 9-27-26; 4 Abs. 670; OA. 4 Abs. 644.

# THIS WEEK'S DIGEST
## Cases Published in the Abstract

**129. BASTARDY.**

Is an action for bastardy within the purview of 12123 GC. and therefore barred by the Statute of Limitations as provided in 11222 GC? Pyle v. State ex Webber. OS. Pend. 4 Abs. 708.

**147. BILLS AND NOTES.**

In an action upon a negotiable promissory note may the court charge the jury (225) before argument by counsel? Schaaf et v. Second Nat. Bank. OS. Pend. 4 Abs. 706.

**203. CANALS—Abandonment of.**

Where leases (708) are for use of surplus water not needed for navigation purposes, city is estopped from repudiating obligations assumed by the contract even though the state, by its abandonment, could have lawfully terminated the water rights. Maumee Valley Elec. Co. v. Toledo (City). U. S. App. 4 Abs. 704.

**225. CHARGE TO JURY.**

Where petition alleged auto was placed across highway to wreck auto, the court's charge that recovery may be had on finding that defendant acted maliciously, and without justification, but not requiring finding of motive, is not reversible error. Frazier v. Semoff et. OA. 4 Abs. 701.

See also 147. Bills & Notes.

**261. COMMON LAW MARRIAGE.**

1. Whether or not a common law marriage exists. is to be determined by laws of the state wherein it was consummated.

2. Although surviving party of common law marriage testifies to terms of contract, evidence of reputation and co-habitation in favor of child of parties to prove such marriage is admissible.

3. Words in "presenti" need not be used by both parties, the declaration by the man and acquiescence by the woman being sufficient. Howard v. Central Nat. Bank. OA. 4 Abs. 700.

**297. CONTRACTS.**

1. Time, when stated in a contract becomes of the essense thereof, and may be waived by mutual agreement.

2. The failure to answer a letter stating that delivery will be late is not such conduct as will waive the time element. Elec. Thermal Co. v. Mid-West Offset Co. OA. 4 Abs. 698.

**313. CORPORATIONS.**

Has a corporation formed for the purpose of conducting horse races committed acts which would support quo warranto proceedings by conducting horse races at which gambling takes place? State ex Crabbe v. Thistle Down Co. et. OS. Pend. 4 Abs. 706.

**333. CRIMINAL LAW.**

Where defendant is charged with breaking and entering a dwelling with intent to commit a felony, it is not necessary to describe what he did after entering said dwelling house. Channing v. State. OA. 4 Abs. 701.

**345. CUSTOM & USAGE.**

Where a custom of insurance companies is offered in showing that district superintendents received percentages on renewals, it cannot be relied upon for recovery when the contract entered into between an insurance company (647) and a superintendent discloses stipulations and terms entirely inconsistent with such custom. Holland, Admr. v. Met. Life Ins. Co. OA. 4 Abs. 698.

**355. DAMAGES.**

Market values before and after wreck of truck are sufficient evidence to prove measure of damages. Frazier v. Semoff et. OA. 4 Abs. 701.

**458. EMPLOYER'S LIABILITY.**

1. Sections 871-15 & 871-16 which provides that an employer shall make safe a "place of employment" for employees and frequenters does not extend to a place or to a duty at which an employee is not required to remain or to perform either temporarily or permanently.

2. Such extension of this statute would be an expansion thereof beyond the remedial effect intended by the legislature. Popowich v. Amer. Steel & Wire Co. U. S. App. 4 Abs. 705.

**460. EQUITY.**

Where a party erects buildings upon his lot, and upon a portion of an adjoining owner's lot because of an error of said owner in pointing out the boundary line; and the Common Pleas Court renders judgment in favor of said owner, the party building, cannot retain the disputed tract when, during pendancy of the case in the Court of Appeals, his buildings are destroyed by fire. Keller v. Boone. OA. 4 Abs. 703.

**475. ESTOPPEL.**

Where a contract (297) is invalid for want of mutuality, and where the party asserting the invalidity has received benefits thereunder contracted for, such party will be estopped from refusing performance on the ground that said contract was not originally binding on the other party who has performed. Penna. R. R. Co. v. N. O. T. & L. Co. OA. 4 Abs. 702.

See also 297. Contracts.

**647. INSURANCE.**

Where application provides for delivery of policy and insured dies before delivery, beneficiary cannot recover on policy. Singleton v. Protected Home Circle. OA. 4 Abs. 702.

See also 345. Custom & Usage.

**677. JUDGMENT AND DECREES.**

Where an affidavit in support of a motion to vacate a judgment states facts which would constitute a good defense, it is an abuse of discretion for court to refuse to vacate. Rabb v. Kayline Co. OA. 4 Abs. 703.

**681. JURISDICTION.**

May the Municipal Court of the city of Cleveland try